UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KIMBERLY CONSALVO,

                                          Plaintiff,

           - against -

FUCCILLO FORD OF NELLISTON, INC. d/b/a FUCCILLO
AUTOPLEX, BEN GREEN, Individually and as General
Manager of Fuccillo Ford of Nelliston, Inc., RICK BELL,
Individually and as a Finance Manager of Fuccillo Ford of
Nelliston, Inc., JAMES AGARD, Individually and as Finance
Manager of Fuccillo Ford of Nelliston, Inc., RICHARD ARUINI,
Individually and as an employee of Fuccillo Ford of Nelliston,
Inc., GAGE MOSS, Individually and as an employee of Fuccillo
Ford of Nelliston, Inc., AND CHRISTOPHER PIERCE,
Individually and as an employee of Fuccillo Ford of Nelliston,
Inc.,

                                          Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No.:
6:16-CV-01410

---

       **WHEREAS**, plaintiff, Kimberly Consalvo, filed a complaint on November 28, 2016 alleging discrimination and harassment on the basis of sex and retaliation in willful violation of Title VII of the Civil Rights Act of 1964; and

       **WHEREAS**, the parties have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

       **WHEREAS**, the parties have entered into a Settlement Agreement in full resolution of this allegations contained in the complaint; and

       **WHEREAS**, none of the parties to the above-captioned action is an infant or incompetent person; and

       **WHEREAS**, the parties in the above-captioned action wish to discontinue the litigation;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Settlement Agreement.

2. Any and all of the claims for damages by plaintiff which are the subject of this action or otherwise arise out of any of the incidents alleged in the Complaint are hereby settled pursuant to the Settlement Agreement.

3. Nothing in this Stipulation of Dismissal or Settlement Agreement shall be construed as an admission or concession of liability whatsoever by any of the defendants regarding any of the allegations made by the plaintiff in the Complaint.

4. This Stipulation of Dismissal and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Dismissal and the Settlement Agreement.

Dated: July 6, 2017

HINMAN STRAUB P.C.

By /s/ Benjamin M. Wilkinson, Esq.

*Attorneys for Plaintiff*
121 State Street
Albany, NY 12207

Dated: July 6, 2017

TOWNE, RYAN & PARTNERS P.C.

By /s/ Claudia A. Ryan, Esq.

*Attorneys for Defendants Fuccillo Ford of Nelliston, Inc. d/b/a Fuccillo Autoplex; Ben Green, Rick Bell, James Agard, and Richard Arduini*
450 New Karner Road
PO Box 15072
Albany, NY 12212

It is ORDERED this 6th day of July, 2017.

/s/ Hon. Glenn T. Suddaby
United States District Judge